FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: SA CR 14-00084M
                          )
              Plaintiff,  )
                          )
        vs.               )   ORDER OF DETENTION AFTER HEARING
                          )     [Fed. R. Crim. P. 32.1(a)(6);
                          )      18 U.S.C. § 3143(a)]
Maricela Ramirez,         )
                          )
              Defendant.  )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/(her) [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown, or unverified background and bail resources, apparent

1   ongoing drug use, apparent multiple supervised release
2   violations, no-bail warrant from District of Southern Calif.,
3   apparently absconded from supervision six months ago

4   and/or

5   B.   (✓)   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: ongoing drug use and unsafe driving with children

10

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:  2/27/14

18                                          JEAN ROSENBLUTH
                                            U.S. MAGISTRATE JUDGE

2